UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil No. 00-0007 PAM/JGL

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS VACATION FUND, TWIN CITY CARPENTERS APPRENTICESHIP AND TRAINING PROGRAM, CARPENTERS & JOINERS DEFINED CONTRIBUTION PLAN,

Plaintiffs,

vs.

**PARTIAL SATISFACTION OF JUDGMENT**

JOHN W. JEPSEN, d/b/a JEPSEN CONSTRUCTION,

Defendant.

Anne F. Spaeth, as attorney for the Carpenters and Joiners Welfare Fund, Twin City Carpenters Pension Fund, Twin City Carpenters Vacation Fund, Twin City Carpenters Apprenticeship and Training Program and Carpenters and Joiners Defined Contribution Plan, the Plaintiffs herein, hereby certifies that the judgment entered and docketed in the court in the above-entitled action on the 12th day of May, 2000, in the amount of Nineteen Thousand Three Hundred Sixty Dollars and 08/100 ($19,360.08) has been partially satisfied in the amount of Fifteen Thousand Six Hundred Seventy-Five Dollars and 35/100 ($15,675.35). The balance remaining due and owing is Three Thousand Six Hundred Eighty-Four Dollars and 73/100 ($3,684.73).

IN TESTIMONY WHEREOF, I have hereunto set my hand this 22nd day of June, 2004.

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By: s/ Anne F. Spaeth
Pamela Hodges Nissen
Att'y Reg. No. 259810
Anne F. Spaeth
Att'y Reg. No. 028659
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

*Attorneys for Plaintiffs*

On June 22, 2004, before me personally appeared Anne F. Spaeth, known to be the person described herein and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

s/ Kristine M. Remjeske
Notary Public

168804.DOC