# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Mary Beth Hill, being first duly sworn upon oath, deposes and states that on the 22nd day of June, 2004, she served a copy of the following:

Partial Satisfaction of Judgment

upon:

Mr. John Jepson
d/b/a Jepson Construction
321 Boutwell Place
Stillwater, MN 55082

by depositing the same with postage prepaid with the United States mail at Minneapolis, Minnesota.

s/ Mary Beth Hill
Mary Beth Hill

Subscribed and sworn to before me
this 22nd day of June, 2004.

s/ Kristine M. Remjeske
Notary Public